UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/19
```

DR. CLYDE PEMBERTON, CHRISTIAN BAPTISTE, and THOMAS DEBNAM

    Plaintiffs,

-against-

THE CITY OF NEW YORK et al.,

    Defendants.

**UNSEALING ORDER**

No. 18-CV-7908 (DAB)

    **WHEREAS**, the parties maintain that documents pertaining to the arrest and prosecution of non-party ███████████████ are relevant to this action and whereas, upon information and belief, the charges against said individual have been dismissed and sealed pursuant to N.Y.C.P.L. §160.50 and/or §160.55, and cannot be obtained or produced without an unsealing order;

    **IT IS HEREBY ORDERED** that any and all non-privileged records held by, or in the custody, control, or possession of the City of New York or the District Attorney for New York County relating to the arrest of ███████ on the night of June 1-2, 2017, and to the criminal proceedings related to said arrest, be unsealed pursuant to C.P.L. § 160.50 and made available to counsel the parties in this action for inspection, photocopying, and use in this action.

    **IT IS FURTHER ORDERED** that the use of the above-referenced records is restricted to this action and that the parties shall treat such records and the information contained therein as "Confidential Materials" pursuant to the Protective Order set forth in the Plan for Certain § 1983 Cases Against the City of New York.

Dated: April 18, 2019
New York, New York

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J