UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. CLYDE PEMBERTON, et al.

                    Plaintiffs,

              -against-

CITY OF NEW YORK, et al.

                    Defendants.
------------------------------------------------------------X

18 Civ. 7908 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 25, 2020, directed the parties to file a joint letter and prepare for a status conference on March 5, 2020, at 10:30 A.M. ECF 46. The parties timely filed their joint letter. It is hereby

**ORDERED** that the status conference set for March 5, 2020, is canceled. Either party may file a letter requesting a pre-motion conference at a later time. The parties are reminded to comply with the Court's Individual Rules.

A referral order for settlement discussions with the Magistrate Judge will be issued separately.

Dated: March 5, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**