

**THE CITY OF NEW YORK**

**JAMES E. JOHNON**
*Corporation Counsel of the City of New York*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Elissa Fudim**
*Senior Counsel*
Phone: (212) 356-2335
efudim@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/20

March 12, 2020

Hon. Lorna G. Schofield, U.S.D.J.
United States District Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    Dr. Pemberton, et al. v. City of N.Y., 18-CV-7908-DAB

Dear Judge Schofield:

    I write to seek clarification of the Court's docket entry text, dated March 5, 2020, directing that "[e]ither party may file a letter requesting a pre-motion conference at a later time." In order for the parties to avoid missing any deadlines for motion practice, defendants propose that any such pre-motion conference letters be considered timely if filed by May 22, 2020, which is thirty days following the settlement conference scheduled by Magistrate Judge Aaron for April 21, 2020. Plaintiffs' counsel submits that such pre-motion conference letters should be due no later than May 6, 2020 two weeks following the settlement conference. However, defendants seek thirty days because (i) defendants anticipate making several motions if this case does not resolve at the settlement conference, and (ii) the undersigned will be on trial before Judge Ramos in the case of Bleiwas v. City of N.Y., 15-CV-10046, from May 4-8, 2020 and will be preparing for that trial with witnesses in the two weeks preceding the trial. Defendants submit that an additional two weeks delay in filing the pre-motion letters will not dramatically change the timing of this case's resolution. Accordingly, defendants request that the parties have until May 22, 2020 to file any pre-motion conference letters with the Court.

    Thank you for your consideration.

Respectfully Submitted,

*Elissa P. Fudim*

The deadline to file letters requesting a pre-motion conference is May 22, 2020.

SO ORDERED.

Dated: March 13, 2020
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Elissa Fudim
*Senior Counsel*