UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. CLYDE PEMBERTON, et al.,<br><br>                    Plaintiffs<br><br>           - against -<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 18 Civ. 7908<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, a telephonic pre-motion conference is set to begin on June 4, 2020, at 10:30 A.M.  It is hereby

    **ORDERED** that the telephonic pre-motion conference shall begin on June 4, 2020, at 9:40 A.M.  The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: June 2, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**