UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. CLYDE PEMBERTON, et al.,<br><br>                     Plaintiffs<br><br>- against -<br><br>CITY OF NEW YORK, et al.,<br><br>                     Defendants. | 18 Civ. 7908<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic pre-motion conference was held on June 4, 2020.  It is hereby

**ORDERED** that Defendants shall, by **June 18, 2020**, file a memorandum of law that is no greater than ten pages, double-spaced.  The memorandum shall address whether the consequential damages at issue in this matter are recoverable as a matter of law.  Plaintiff Dr. Clyde Pemberton shall, by **July 2, 2020**, file a memorandum of law in opposition that is no greater than ten pages, double-spaced.  Defendants shall file a reply by **July 9, 2020**, that is no greater than six pages, double-spaced.  It is further

**ORDERED** that Plaintiff Pemberton shall file a letter by **June 11, 2020**, stating whether he intends to withdraw the excessive force claim.

Dated: June 4, 2020
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE