SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DR. CLYDE PEMBERTON, et al., :
                        Plaintiffs, :
: 18 Civ. 7908 (LGS)
         -against- :
: ORDER
CITY OF NEW YORK, et. al., :
                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge

WHEREAS, on June 5, 2019, Plaintiffs, including Clyde Pemberton, filed the First Amended Complaint alleging, among other claims, malicious prosecution and false arrest. ECF 24;

WHEREAS, on May 22, 2020, after the close of discovery, Defendants the City of New York, Officer Anthony Sengco and Captain Khandakar Abdullah filed a letter requesting a conference to discuss filing a motion for summary judgment. ECF 57;

WHEREAS, on June 4, 2020, after the telephonic conference, the Court directed the parties to brief "whether the consequential damages at issue in this matter are recoverable as a matter of law." ECF 62;

WHEREAS, on June 12, 2020, Defendants filed a partial motion for summary judgment to dismiss Pemberton's consequential damage claims and Pemberton and Plaintiff Christian Baptiste's claims for criminal attorneys' fees. ECF 64;

WHEREAS, the Court anticipates publishing an Opinion and Order on Defendants' motion for summary judgment by the end of the week, or soon thereafter. It is hereby

**ORDERED** that, in light of the foregoing, the parties shall meet and confer as soon as possible about the possibility of resolving this matter prior to the publication of the opinion.

Dated: July 21, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE