Page 1 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Christian Baptiste (M 41),
2. Thomas Debnam (M 31),
3. Clyde Pemberton (M 66),

Defendants.

2017NY034031

MISDEMEANO

ADA Taylor Holland
(212) 335-4178

Police Officer Anthony Sengco, Shield 12494 of the 28th Precinct, states as follows:

*The defendants are charged with:*

PL 135.05        Unlawful Imprisonment in the Second Degree
(defendant #1: 1 count)
(defendant #2: 1 count)
(defendant #3: 1 count)

On or about June 1, 2017 at about 11:25 P.M., at 46 West 116 Street in the County and State of New York, the defendants restrained another person.

*The factual basis for this charge is as follows:*

I am informed by Eva Levin, of an address known to the District Attorney's Office, that she observed Thomas Debnam and Christian Baptiste lock a door at the above location and stand in front of the door. I am further informed by Ms. Levin that when she attempted to leave the above location, Mr. Debnam and Mr. Baptiste refused to move. I am further informed by Ms. Levin that she asked to leave but was told that she could not.

When I arrived at the above location, I observed Mr. Baptiste and Mr. Debnam in front of the door, and I further observed that Ms. Levin was with two other people and was attempting to leave the above location, but the position of Mr. Baptiste and Mr. Debnam prevented her from leaving through the door.

I observed Mr. Debnam state in substance, "We tried to prevent them from leaving."

I observed Mr. Baptiste state in substance, "We tried to prevent them from leaving."

When I spoke with Mr. Pemberton about the above matter, I observed the defendant state in substance, "I am the owner of this bar. I ordered the bouncers to keep her

DEF-000052

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Christian Baptiste (M 41),
2. Thomas Debnam (M 31),
3. Clyde Pemberton (M 66),

Defendants.

MISDEMEANOR

ADA Taylor Holland
(212) 335-4178

from leaving."

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

PO AS
Police Officer Anthony Sengco

Date 06/28/17

Time 12:14 AM