

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **JAMES E. JOHNON** | **LAW DEPARTMENT** | **Elissa Fudim** |
| *Corporation Counsel* | 100 CHURCH STREET | *Senior Counsel* |
| | NEW YORK, NY 10007 | Phone: (212) 356-2335 |
| | | efudim@law.nyc.gov |

October 19, 2020

Hon. Lorna G. Schofield, U.S.D.J.  (By ECF)
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    <u>Mr. Pemberton, et al. v. City of N.Y., 18-CV-7908-LGS</u>

Dear Judge Schofield:

     I represent defendants The City of New York, Police Officer Anthony Sengco and Captain (formally Lieutenant) Khandakar Abdullah in the above-referenced case. I write to request a two-week extension of time, from October 23 to November 6, 2020, for defendants to file their reply memorandum of law in connection with summary judgment. Plaintiffs' counsel, Doug Lieb and Earl Ward, consent to this request. The basis for this request is work that has accumulated from a vacation I took last week, including pre-trial filings due this week and depositions next week. This is our first request for an extension in connection with this motion.

     Thank you for your consideration.

                                      Respectfully Submitted,

                                      *Elissa P. Fudim*

                                      Elissa P. Fudim
                                      *Senior Counsel*

The application is GRANTED.  The deadline for Defendants to file a reply is hereby extended from **October 23, 2020**, to **November 6, 2020**.

SO ORDERED.

Dated: October 23, 2020
       New York, New York

                                      _____
                                        LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**