UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                          :

PEMBERTON et al.,                           :

                         Plaintiffs,  :

                                :        18 Civ. 7908 (LGS)

              -against-               :

                                :          ORDER

THE CITY OF NEW YORK, et al.,      :

                       Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case is trial ready;

      WHEREAS, on August 2, 2021, an Opinion and Order was issued granting in part and denying in part Defendants' motion for partial summary judgment.  Dkt. No. 96.  Plaintiff's remaining claims are the First, Second, Fourth, Fifth and Sixth Causes of Action asserting federal and common law claims of false arrest and malicious prosecution and the federal claim of failure to intervene.  Dkt. No. 96.  It is hereby

      **ORDERED** that this case will be placed in **third place on the Court's trial-ready calendar** for a trial to begin on **January 18, 2022**, or the Court's first available date thereafter. The Court will request a courtroom to commence a trial in this matter on or around January 18, 2021, and will notify the parties of any firm or back-up trial date when first quarter courtroom assignments are made (approximately a month in advance).  It is further

      **ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

          (1) Any motions *in limine* shall be filed by **October 21, 2021**.  Responses to the motions shall be filed by **November 18, 2021**.  No reply shall be filed.  The parties shall follow the Court's Individual Rules regarding such motions.  It is further

**ORDERED** that, no later than **November 18, 2021**, the parties shall file a Joint Final Pre-Trial Order as provided in the Court's Individual Rules.

\* \* \* \*

The parties are encouraged to:

(1) Contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on this list.

(2) Confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a trial date certain or if they wish a different trial date.  If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

Dated: August 4, 2021
   New York, New York

          **LORNA G. SCHOFIELD**
          **UNITED STATES DISTRICT JUDGE**

2