UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Clyde Pemberton et al.,

                Plaintiffs,

-against-

City of New York et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021
```

1:18-cv-07908 (LGS)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, September 28, 2021 at 2:00 p.m. The settlement shall proceed by telephone.

      The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:     New York, New York
             August 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge