

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Corporation Counsel*

**KATHERINE J. WEALL**
*Senior Counsel*
Phone: (212) 356-5055
kweall@law.nyc.gov

October 8, 2021

**VIA ECF**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Application **GRANTED**.  The deadline for the motions in limine is extended to November 18, 2021, and the deadline for the proposed joint pre-trial order and responses to the motions in limine is extended to December 2, 2021.

So Ordered.          Dated: October 12, 2021          New York, New York

Re:    Pemberton, et al. v. City of N.Y., 18-CV-7908-LGS

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Your Honor:

        I represent defendants The City of New York, Police Officer Anthony Sengco and Captain (formally Lieutenant) Khandakar Abdullah in the above-referenced case.  The parties jointly respectfully request an extension of time of two weeks within which to file motions in limine and the proposed joint pre-trial order in this case.  Defendants make this request as the undersigned has two other briefs due the week of October 18, 2021, including one on the same day as the motions in limine.  This is the first request that the parties are making for an extension of time within which to submit these documents, and it is not expected to interfere with any other deadlines in the case.  Trial in this case is scheduled to begin on January 18, 2022.

        Motions in limine are currently due on October 21, 2021; the proposed joint pre-trial order and responses to the motions in limine are due November 18, 2021.  With a two-week extension, motions in limine would be due November 4, 2021 and the proposed joint pre-trial order and responses to the motions in limine on December 2, 2021.  The parties thank the Court for its consideration herein.

                                                Respectfully Submitted,

                                                /s/ *Katherine J. Weall*
                                                Katherine J. Weall
                                                *Senior Counsel*

c.c.    Earl Ward, Esq. (Via ECF)
        *Attorney for Plaintiff Pemberton*
        Doug Lieb, Esq. (Via ECF)
        *Attorney for Plaintiff Christian Baptiste*