UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. CLYDE PEMBERTON, et al.,                      :
                            Plaintiffs,  :
                                    :
             -against-                               :     18 Civ. 7908 (LGS)
                                    :
CITY OF NEW YORK, et al.,                         :     <u>ORDER</u>
                          Defendants.  :
------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a jury trial is currently scheduled to commence on January 18, 2022, or the Court's first available date thereafter;

       WHEREAS, due to the limited availability of courtrooms for jury trials during the COVID-19 pandemic, that trial date is no longer available.  It is hereby

       **ORDERED** that the jury trial in this matter is **adjourned** to **February 1, 2022, at 9:45 a.m.**, subject to the availability of courtrooms during the COVID-19 pandemic.  The parties are advised that the trial is in third place on the Court's trial-ready calendar for that date.  The parties shall be ready to proceed on twenty-four hours' notice on or after February 1, 2022.  It is further

       **ORDERED** that the final pre-trial conference will take place telephonically on **January 18, 2022, at 4:00 p.m**.  The parties shall call 888-363-4749 and enter the access code 558-3333.  It is further

       **ORDERED** that the parties shall file joint proposed *voir dire*, joint jury instructions and joint verdict form, as outlined in the Court's Individual Rules by **December 10, 2021**.  The parties shall also email the proposed voir dire questions, proposed jury instructions and proposed jury charge in Microsoft Word format to the Court's email inbox by **December 10, 2021.**

Dated: December 3, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE