UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DR. CLYDE PEMBERTON, et al.,            :
                    Plaintiffs,   :
                                :
          -against-             :     18 Civ. 7908 (LGS)
                                :
CITY OF NEW YORK, et al.,               :     ORDER
                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on December 3, 2021, the parties were informed that a jury trial on this matter was in third place on the Court's trial-ready calendar for February 1, 2022.

       WHEREAS, the jury trial is now in first place for that date. It is hereby

       **ORDERED** that the parties shall be ready to proceed with the trial on February 1, 2022, at 9:45 a.m. The final pretrial conference will take place telephonically on January 18, 2022, at 4:00 p.m., as previously scheduled. The parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: January 3, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE