UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DR. CLYDE PEMBERTON, et al., :
                       Plaintiffs, :
                                       :
               -against- : 18 Civ. 7908 (LGS)
                                       :
CITY OF NEW YORK, et al., : ORDER
                      Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a jury trial on this matter was scheduled for February 1, 2022;

      WHEREAS, the final pretrial conference was scheduled for January 18, 2022;

      WHEREAS, due to the limited availability of courtrooms for jury trials during the COVID-19 pandemic, that trial date is no longer available. It is hereby

      **ORDERED** that final pretrial conference scheduled for January 18, 2022, is **adjourned** sine die. It is further

      **ORDERED** that the jury trial scheduled for February 1, 2022, is adjourned to April 4, 2022, subject to the availability of courtrooms for jury trials during the COVID-19 pandemic. The Court will advise counsel when more information is available, which likely will be in mid-March.

Dated: January 10, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE