UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :
DR. CLYDE PEMBERTON, et al.,              :
                           Plaintiffs,    :
                                            :         18 Civ. 7908 (LGS)
                -against-                   :
                                            :         <u>ORDER</u>
CITY OF NEW YORK, et al.,                :
                           Defendants,  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the jury trial in this action is scheduled to begin on October 17, 2022;

       WHEREAS, on July 29, 2022, Defendants filed a motion seeking a stay of proceedings pursuant to 50 U.S.C.S. § 3932;

       WHEREAS, on August 15, 2022, Defendants sent materials to Chambers, *ex parte*, in support of that motion. For substantially the reasons stated in Defendants' motion and the materials provided, it is hereby

       **ORDERED** that the jury trial scheduled for October 17, 2022 is **adjourned** to **April 17, 2023**, at **9:45 A.M.**, or the Court's first available date thereafter. An order staying the case will issue separately. It is further

       **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after April 17, 2023. It is further

       **ORDERED** that the final pretrial conference scheduled for October 3, 2022, is **adjourned** to **March 29, 2023**, at **4:00 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: August 17, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE