UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :
CLYDE PEMBERTON,                       :
                       Plaintiff,  :
              -against-                :         18 Civ. 7908 (LGS)
                                             :
CITY OF NEW YORK, et al.,        :         **ORDER**
                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 16, 2023, the Court adjourned the trial in this action to second place on the Court's July 10, 2023, trial-ready calendar;

WHEREAS, the trial in this action is now in first place on the Court's July 10, 2023, trial-ready calendar. It is hereby

**ORDERED** that the jury trial in this action will begin on **Monday, July 10, 2023, at 9:45 A.M.** It is further

**ORDERED** that the final pretrial conference will be held on **June 26, 2023, at 3 P.M.** The parties are advised to review the Court's Individual Trial Rules and Procedures. The parties are also reminded, per Local Civil Rule 47.1, that the Court may assess costs if the parties settle after the jury has been summoned or during trial.

Dated: May 25, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE

on April 24, 2023, Defendants filed a pre-motion letter stating their intent to file a motion to dismiss.  On May 1, 2023, Plaintiffs filed a letter in opposition;

WHEREAS, on May 10, 2023, the parties conferred telephonically with the Court, reviewed the claims and allegations in the Complaint, and discussed the proposed motion to dismiss. It is hereby

**ORDERED** that by **May 24, 2023**, Plaintiffs shall file a First Amended Complaint ("FAC").  By **May 31, 2023**, Defendants shall file a letter stating when they plan to answer the FAC, preferably a date the parties agree to.  The letter shall also state whether Defendants plan to proceed in filing a motion to dismiss and, if so, the proposed briefing schedule for that motion.

Dated:  May 11, 2023
       New York, New York