UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                       :
CLYDE PEMBERTON,                      :
                             Plaintiff,    :
                -against-                     :            18 Civ. 7908 (LGS)
                                                      :
CITY OF NEW YORK, et al.,             :            **ORDER**
                               Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, in a June 7, 2023, Order the Court granted Defendants' request for an adjournment of the trial previously scheduled to begin July 10, 2023;

       WHEREAS, the trial in this action is now in first place on the Court's November 13, 2023, trial-ready calendar.  It is hereby

       **ORDERED** that the jury trial in this action will begin on **Monday, November 13, 2023, at 9:45 A.M.**  It is further

       **ORDERED** that the final pretrial conference will be held on **October 27, 2023, at 2 P.M.**  The parties are advised to review the Court's Individual Trial Rules and Procedures.  The parties are also reminded, per Local Civil Rule 47.1, that the Court may assess costs if the parties settle after the jury has been summoned or during trial.

Dated: June 7, 2023
        New York, New York

                                         LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE