UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                  :
CLYDE PEMBERTON,                         :
                             Plaintiff,   :
            -against-                    :        18 Civ. 7908 (LGS)
                                                  :
CITY OF NEW YORK, et al.,          :        **ORDER**
                               Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the jury trial in this action will begin on Monday, November 13, 2023, at 9:45 A.M.;

      WHEREAS, the June 7, 2023, Order scheduled the final pretrial conference for October 27, 2023.  It is hereby

      **ORDERED** that the final pretrial conference will be held on **October 31, 2023, at 2:30 P.M.** at the Thurgood Marshall United States Courthouse, Courtroom 1106. The parties are advised to review the Court's Individual Trial Rules and Procedures.  The parties are also reminded, per Local Civil Rule 47.1, that the Court may assess costs if the parties settle after the jury has been summoned or during trial.

Dated: October 13, 2023
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE