Final for Jury -- November 15, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. CLYDE PEMBERTON,

                              Plaintiff,

              -against-                              18 Civ. 7908 (LGS)

THE CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------X

<u>Verdict Form</u>

<u>Question 1</u>:

Has Plaintiff proven by a preponderance of the evidence that he was <u>falsely arrested</u> on June 1, 2017 by:

| | | |
|---|---|---|
| Officer Anthony Sengco | Yes _____ | No __X__ |
| Lieutenant Khandakar Abdullah | Yes _____ | No __X__ |

<u>Question 2</u>:

Has Plaintiff proven by a preponderance of the evidence that he was <u>maliciously prosecuted</u> by Defendant Anthony Sengco?

                                            Yes _____    No __X__

**If you answered NO to both questions, your deliberations are finished. Please proceed to the end of this form.**

**If you answered YES to any of the questions, please proceed to Question 3.**

<u>Question 3</u>:

Has Plaintiff proven by a preponderance of the evidence that he suffered an actual injury as a result of any Defendant violating his constitutional rights?

                                            Yes _____    No _____

1

Final for Jury -- November 15, 2023

If you answered NO to Question 3, you shall award Plaintiff the nominal damages amount of $1.

If you answered YES to any of the questions, please proceed to Question 4.

Question 4:

What dollar amount of compensatory damages has Plaintiff proven by a preponderance of the evidence will fairly compensate Plaintiff for the actual injury he suffered?

$ _____

You have reached a verdict. This form should be signed, dated and given to the Marshal.

1. *Robert Kaplan*
Foreperson

2. *[signature]*
Juror

3. *Debra Jules*
Juror

4. *[signature]*
Juror

5. *[signature]*
Juror

6. *Emily Boshe*
Juror

7. *[signature]*
Juror

8. *Mirth Loran*
Juror

9. *Beverly Bonneau*
Juror

Date: 11/15/23

2