**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DR. CLYDE PEMBERTON,

                Plaintiff,                      18 **CIVIL** 7908 (LGS)

     -against-                                **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury Trial before the Honorable Lorna G. Schofield, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
             November 15, 2023

                                                     **RUBY J. KRAJICK**
                                                         Clerk of Court

**So Ordered:**                                   **BY:**   K. Mango

                                                          **Deputy Clerk**

    LORNA G. SCHOFIELD
  **UNITED STATES DISTRICT JUDGE**